FILED BY _JC_ D.C.

05 JUL -6 PM 2: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANGELA F. ROBERTS,

    Plaintiff,

v.

    Case No.: 03-2252 D A

ALLSTATES FABRICATING
COMPANY, INC., FKI LOGISTEX,
and FKI INDUSTRIES INC.,

    Defendants.

## ORDER ON MOTION FOR SCHEDULING ORDER AND TO SET MATTER FOR TRIAL

Before the Court is the motion of Plaintiff for a scheduling order and to set the matter for trial. Upon reviewing the case file, it appears that the Plaintiff's motion is well-taken. Accordingly, Plaintiff's motion is granted and a separate scheduling order and trial date will be entered.

**IT IS SO ORDERED** this _6th_ day of _July_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-11-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02252 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Martin F. ssThompson
SCRUGGS SOSSAMAN & THOMPSON
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Honorable Bernice Donald
US DISTRICT COURT