IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -2 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ANGELA F. ROBERTS<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATES FABRICATING COMPANY, INC.,[1] FKI LOGISTEX, and FKI INDUSTRIES INC.,<br><br>Defendants | No. 03-2252 DA |

### AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to the status conference order set by written notice, the following dates were established by the Parties as the amended dates for:

COMPLETING ALL DISCOVERY [2]: May 31, 2006

    (a)    DOCUMENT PRODUCTION: May 31, 2006

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: May 31, 2006

    (c)    EXPERT DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: January 12, 2006

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: February 9, 2006

---

[1] Allstates Fabricating Company, Inc. is not the proper name of this Defendant. Allstates Companies, Inc. is the proper name.

[2] ALL DISCOVERY MUST BE ISSUED IN TIME TO BE COMPLETED BY THE DISCOVERY BAR DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



FILING PRETRIAL MOTIONS (INCLUDING MOTIONS FOR SUMMARY JUDGMENT): July 27, 2006

OTHER RELEVANT MATTERS:

This trial is expected to last 3-4 days and is **SET FOR TRIAL** at 9:00 a.m. on (not before October 31, 2006). A pretrial conference is set for 8:45 a.m. on (not later than October 17, 2006). A joint pretrial order shall be submitted no later than 5:00 p.m. on (not later than October 10, 2006). Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions. All motions with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying the parties inability to resolve the dispute.

The proposed joint pretrial order should include any stipulated facts, contested issues of fact and or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

If a jury trial has been requested, the parties should submit proposed jury instructions to the Court at the pre-trial conference. Failure to present the proposed instructions may be deemed a waiver with regard to presentation at a later date. If the action is to be tried by the Judge, the parties will be required to submit proposed findings of fact and conclusions of law in place of the proposed jury instructions.

**IT IS SO ORDERED** this _2_ day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02252 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Martin F. ssThompson
SCRUGGS SOSSAMAN & THOMPSON
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT